# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Nancy Long Suddeth, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 0:19-1819-RMG |
| ) | |
| vs. ) | |
| ) | |
| Andrew Saul, Commissioner ) | |
| of Social Security, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |

This matter comes before the Court for judicial review of the final decision of the Commissioner of Social Security denying Plaintiff's application for Disability Insurance Benefits ("DIB"). In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to the United States Magistrate Judge for pretrial handling. The Magistrate Judge issued a Report and Recommendation ("R & R") on July 10, 2020, recommending that the decision of the Commissioner be reversed and remanded to the agency because the Administrative Law Judge's ("ALJ") factual summaries of the opinions of Plaintiff's treating physicians were inconsistent with the record and disregarded evidence supportive of the treater's opinions.

(Dkt. No. 17 at 8-9). The Commissioner has advised the Court that he does not intend to file objections to the R & R. (Dkt. No. 18).

The Court has reviewed the R & R and the record evidence and finds that the Magistrate Judge has ably addressed the factual and legal issues in this matter. Therefore, the Court **ADOPTS** the Report and Recommendation as the order of this Court, **REVERSES** the decision

of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g), and **REMANDS** the matter to the Commissioner for further proceedings consistent with this order. Since this application for disability benefits has been pending for over four years, the Court directs that an administrative hearing, if required, be conducted in this matter within 120 days of this Order and a decision by the ALJ be issued within 150 days of this Order.

  **AND IT IS SO ORDERED**.

s/ Richard Mark Gergel<br>
Richard Mark Gergel<br>
United States District Judge

Charleston, South Carolina
July 24, 2020